## No. 24828

**The People of the State of Colorado v. William Ray Marques**
(498 P.2d 929)

Decided June 26, 1972.

Duke W. Dunbar, Attorney General, John P. Moore, Deputy, Richard G. McManus, Jr., Assistant, for plaintiff-appellee.

Rollie R. Rogers, State Public Defender, J. D. MacFarlane, Chief Deputy, Thomas M. Van Cleave III, Deputy, for defendant-appellant.

*Per Curiam.*

The defendant-appellant, William Ray Marques, was convicted of the crime of carrying a concealed weapon, after having been previously convicted of the crime of assault with

a deadly weapon during the preceding ten years. 1965 Perm. Supp., C.R.S. 1963, 40-11-10(1). On appeal, he challenges the constitutionality of the statute.

One of the arguments raised in this appeal was considered by us and resolved adversely to the defendant-appellant in *People v. Trujillo*, 178 Colo. 147, 497 P.2d 1, wherein we determined that the statute in question is not subject to constitutional attack under the equal protection clause of the Fourteenth Amendment. U.S. Const. amend. XIV (Fourteenth Amendment). The defendant-appellant's other claim is that the statute deprives him of his Second Amendment right to bear arms. U.S. Const. amend. II (Second Amendment). This claim is also without merit. *United States v. Miller*, 307 U.S. 174, 59 S.Ct. 816, 83 L.Ed. 1206 (1939); *United States v. Cruikshank*, 92 U.S. 542, 23 L.Ed. 588 (1875); *State v. Bolin*, 200 Kan. 369, 436 P.2d 978 (1968); *Harris v. State*, 83 Nev. 404, 432 P.2d 929 (1967).

Therefore, we affirm the judgment.